UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: WALTER H. TOMASCH | : | CHAPTER 13 |
| | : | CASE NO: 4:17-bk-00899-JJT |
| | : | |
| Debtor(s) | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| Chapter 13 Trustee | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| WALTER H. TOMASCH | : | |
| | : | |
| | : | |
| Respondent(s) | : | DOCKET NO: 22 |

## **WITHDRAWAL**

AND NOW on April 7, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and requests that the entry made for a notice of a rescheduled 341Meeting of Creditors filed on or about April 7, 2017, be withdrawn. The case was re-scheduled in error.

Respectfully submitted,

/s/Charles J DeHart, III

_____
CHARLES J. DEHART, III
Standing Chapter 13 Trustee
8125 Adams Drive Suite A
Hummelstown, PA 17036

**CERTIFICATE OF SERVICE**

AND NOW, on 4-7-17, I, Cecilia Martin, do hereby certify that I served a copy of the above Withdrawal by first class mail, postage prepaid, unless electronically notified, to the following :

Walter Tomasch
118 Walters Haven Lane
Spring Mills, PA   16875

Donald Hahn, Esq.
122 East High Street
P.O. Box 209
Bellefonte, PA   16823

/s/Cecilia Martin
Cecilia Martin, Assistant to
Charles J. DeHart, III