In re:                                                              Case No. 17-00899-JJT
Walter H. Tomasch                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4           User: karendavi            Page 1 of 1            Date Rcvd: Apr 21, 2017
                               Form ID: ntnew341          Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2017.
```
db             +Walter H. Tomasch,    118 Walters Haven Lane,    Spring Mills, PA 16875-7918
4902382        +Hildegarde Brazzle, et al.,    1477 Ganso Ct.,    Fenton, MO 63026-3615
4902383        +Mifflin County,   Tax Claim Bureau,    20 North Wayne Street,    Lewistown, PA 17044-1770
4910755        +Mifflin County Tax Claim Bureau,    20 N. Wayne St,    Lewistown, PA 17044-1770
4902384        +Nationstar,    P.O. Box 650783,    Dallas, TX 75265-0783
4902386        +Otto Tomasch,    110 E. Springetsbery,    York, PA 17403-3127
4893471        +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4902387        +Roland Tomasch,    13 S. Tenth St.,    Catasauqua, PA 18032-1303
4902388        +Udren Law Offices, PC,    111 Woodcrest Rd.,    Cherry Hill, NJ 08003-3620
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4902385        +E-mail/PDF: cbp@onemainfinancial.com Apr 21 2017 19:02:26      OneMain,    P.O. Box 64,
                 Evansville, IN 47701-0064
4902389        +E-mail/PDF: gecsedi@recoverycorp.com Apr 21 2017 19:02:21      Walmart - Synchrony Bank,
                 Bankruptcy Dept.,    P.O. Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 2
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Donald M Hahn    on behalf of Debtor Walter H. Tomasch dhahn@nittanylaw.com, info@nittanylaw.com
              James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

ntnew341 (12/14)

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade): | |
| Walter H. Tomasch<br>dba The Wallpaper Barn<br>Debtor(s) | Chapter 13<br>Case No. 4:17−bk−00899−JJT |

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| | |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: May 18, 2017<br>Time: 09:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>197 S Main St, Wilkes−Barre, PA 18701 OR<br>PO Box 908, Harrisburg, PA 17108<br>570−831−2500/717−901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: karendavis |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 21, 2017 |