```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                            Case No. 17-00899-JJT
Walter H. Tomasch                                                 Chapter 13
         Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-4         User: JGoodling           Page 1 of 1         Date Rcvd: Jul 07, 2017
                             Form ID: ntcnfhrg         Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2017.
```
db            +Walter H. Tomasch,   118 Walters Haven Lane,   Spring Mills, PA 16875-7918
4902382       +Hildegarde Brazzle, et al.,   1477 Ganso Ct.,   Fenton, MO 63026-3615
4902383       +Mifflin County,   Tax Claim Bureau,   20 North Wayne Street,   Lewistown, PA 17044-1770
4910755       +Mifflin County Tax Claim Bureau,   20 N. Wayne St,   Lewistown, PA 17044-1770
4942051      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage LLC,   Attn: Bankruptcy Dept.,   P.O. Box 619096,
                 Dallas, TX 75261-9741)
4902384       +Nationstar,   P.O. Box 650783,   Dallas, TX 75265-0783
4902386       +Otto Tomasch,   110 E. Springetsbery,   York, PA 17403-3127
4893471       +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
4902387       +Roland Tomasch,   13 S. Tenth St.,   Catasauqua, PA 18032-1303
4902388       +Udren Law Offices, PC,   111 Woodcrest Rd.,   Cherry Hill, NJ 08003-3620
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4919185        E-mail/PDF: cbp@onemainfinancial.com Jul 07 2017 19:24:14     ONEMAIN,   P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
4902385       +E-mail/PDF: cbp@onemainfinancial.com Jul 07 2017 19:24:26     OneMain,   P.O. Box 64,
                 Evansville, IN 47701-0064
4902389       +E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2017 19:24:19     Walmart - Synchrony Bank,
                 Bankruptcy Dept.,   P.O. Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Donald M Hahn    on behalf of Debtor Walter H. Tomasch dhahn@nittanylaw.com, info@nittanylaw.com
              James   Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Walter H. Tomasch  
dba The Wallpaper Barn  
Debtor(s)

Chapter 13

Case No. 4:17–bk–00899–JJT

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **August 5, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court US Courthouse, Courtroom #3, 3rd Floor, 240 West 3rd Street, Williamsport, PA 17701 | Date: August 25, 2017 Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court 197 S Main St, Wilkes–Barre, PA 18701 OR PO Box 908, Harrisburg, PA 17108 570–831–2500/717–901–2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: JGoodling, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: July 7, 2017 |