United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                Case No. 17-00899-JJT
Walter H. Tomasch                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: DDunbar     Page 1 of 1     Date Rcvd: Oct 25, 2017
                      Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2017.
db            +Walter H. Tomasch,    118 Walters Haven Lane,    Spring Mills, PA 16875-7918

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2017                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          Donald M Hahn    on behalf of Debtor 1 Walter H. Tomasch dhahn@nittanylaw.com
          James   Warmbrodt     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                    TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : No. 4-17-00899 |
| WALTER H. TOMASCH, dba THE WALLPAPER | : |
| BARN, | : |
| | : Chapter 13 |
| Debtor | : |

### ORDER

AND NOW, upon consideration of the First and Interim Application of Stover, McGlaughlin, Gerace, Weyandt & McCormick, P.C., Attorneys for Debtor, for Compensation, notice having been mailed to all creditors and parties in interest of the within estate, and no objections having been timely filed thereto, it is accordingly,

ORDERED that debtor's counsel is allowed the sum of $5,100.00 for professional services rendered and $421.00 for reimbursement for actual and necessary expenses incurred by it from March 6, 2017, to July 15, 2017, for a total allowance of $5,521.00 as an administrative expense, of which $2,000.00 was previously received from the Debtor or the Trustee, for an unpaid balance of $3,521.00.

Dated: October 25, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)