UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: Case No. 4-17-00899
WALTER H. TOMASCH, dba THE :
WALLPAPER BARN, :
: Chapter 13

DEBTORS' PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE
WITH POST-PETITION OBLIGATIONS

I, Donald M. Hahn, Esquire, upon my oath according to law, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on August 25, 2017.

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid.

3. That all applicable Federal, State, and local tax returns, as required by 11 USC Section 1308 have been filed.

4. If the confirmation hearing date stated in Paragraph 1 is adjourned for any reason, that an updated Certification will be filed with the Court prior to any subsequent hearing date in the event any of the information contained in this Certification changes.

5. If this Certification is being signed by counsel for Debtor(s), that the Debtor(s) was/were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Respectfully submitted,

STOVER, McGLAUGHLIN, GERACE,
WEYANDT & McCORMICK, P.C.

Dated: _11/15/17___  BY: */s/ Donald M. Hahn*_____
                                                     Donald M. Hahn, Esquire
                                                     122 East High Street
                                                     P. O. Box 209
                                                     Bellefonte, PA 16823
                                                     (814) 355-8235
                                                     Attorney for Debtor(s)

DECLARATION

       I, Walter H. Tomasch, named as debtor(s) in this case, declare under penalty of perjury that I have read the foregoing Preconfirmation Certification of Compliance With Post-Petition Obligations and that it is true and correct to the best of my/our information and belief.

Dated:_11/6/2017__          _/s/ Walter H. Tomasch_____
                                                    Walter H. Tomasch