## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Walter H. Tomasch dba The Wallpaper Barn
                Debtor(s)

NATIONSTAR MORTGAGE LLC, its successors and/or assigns
                Movant
      vs.

Walter H. Tomasch dba The Wallpaper Barn
                Debtor(s)

Charles J. DeHart, III Esq.
                Trustee

CHAPTER 13

NO. 17-00899 JJT

11 U.S.C. Section 362

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Notice of Postpetition Mortgage Fees, Expenses, and Charges Official Form 410S2 filed incorrectly as a Notice of Mortgage Payment Change of NATIONSTAR MORTGAGE LLC, which was filed with the Court at Claim No. 3-1 on or about **2/21/2018 at 11:41am**.

                              Respectfully submitted,

                              **/s/James C. Warmbrodt, Esquire**
                              James C. Warmbrodt, Esquire
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106
                              412-430-3594

February 21, 2018