# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   WALTER H. TOMASCH
           DBA: THE WALLPAPER BARN       CHAPTER 13

           Debtor(s)

           CHARLES J. DEHART, III
           CHAPTER 13 TRUSTEE
              Movant                                         CASE NO:   4-17-00899-RNO

           WALTER H. TOMASCH
           DBA: THE WALLPAPER BARN

           Respondent(s)

## **CERTIFICATION OF DEFAULT**

      AND NOW on September 27, 2019, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

 - make the regular monthly payments to the trustee during the remaining term of the plan.

      As of September 27, 2019, the Debtor(s) is/are $18579.00 in arrears with a plan payment having last been made on Jul 18, 2019

      In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

                                                               Respectfully Submitted,
                                                               /s/  Liz Joyce
                                                               for Charles J. DeHart, III, Trustee
                                                                8125 Adams Drive, Suite A
                                                                Hummelstown, PA  17036
                                                                Phone:  (717) 566-6097

Dated: September 27, 2019

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: WALTER H. TOMASCH
DBA: THE WALLPAPER BARN          CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CASE NO: 4-17-00899-RNO

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 27, 2019, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

DONALD M. HAHN, ESQUIRE          SERVED ELECTRONICALLY
122 EAST HIGH STREET
P.O. BOX 209
BELLEFONTE, PA 16823-

WALTER H. TOMASCH          SERVED BY 1ST CLASS MAIL
118 WALTERS HAVEN LANE
SPRING MILLS, PA 16875

United States Trustee
228 Walnut Street
Suite 1190          SERVED ELECTRONICALLY
Harrisburg, PA 17101

I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 27, 2019

Respectfully submitted,
Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com