```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                      Case No. 17-00899-RNO
Walter H. Tomasch                                                           Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4        User: DDunbar            Page 1 of 1              Date Rcvd: Oct 01, 2019
                            Form ID: pdf010         Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2019.
```
db              +Walter H. Tomasch,     118 Walters Haven Lane,    Spring Mills, PA 16875-7918
4902382         +Hildegarde Brazzle, et al.,    1477 Ganso Ct.,    Fenton, MO 63026-3615
4902383         +Mifflin County,   Tax Claim Bureau,    20 North Wayne Street,    Lewistown, PA 17044-1770
4910755         +Mifflin County Tax Claim Bureau,     20 N. Wayne St,    Lewistown, PA 17044-1770
4942051        ++NATIONSTAR MORTGAGE LLC,     PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage LLC,    Attn: Bankruptcy Dept.,    P.O. Box 619096,
                   Dallas, TX 75261-9741)
4902384         +Nationstar,    P.O. Box 650783,    Dallas, TX 75265-0783
4902386         +Otto Tomasch,    110 E. Springetsbery,    York, PA 17403-3127
4902387         +Roland Tomasch,    13 S. Tenth St.,    Catasauqua, PA 18032-1303
4902388         +Udren Law Offices, PC,    111 Woodcrest Rd.,    Cherry Hill, NJ 08003-3620
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4919185          E-mail/PDF: cbp@onemainfinancial.com Oct 01 2019 19:17:03      ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
4902385         +E-mail/PDF: cbp@onemainfinancial.com Oct 01 2019 19:17:32      OneMain,    P.O. Box 64,
                 Evansville, IN 47701-0064
4893471         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 01 2019 19:39:22
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4902389         +E-mail/PDF: gecsedi@recoverycorp.com Oct 01 2019 19:17:05      Walmart - Synchrony Bank,
                 Bankruptcy Dept.,    P.O. Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Donald M Hahn    on behalf of Debtor 1 Walter H. Tomasch dhahn@nittanylaw.com
              James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Walter H. Tomasch<br>dba The Wallpaper Barn<br><br>Debtor 1 | Chapter: 13<br>Case No.: 4:17-bk-00899-RNO |

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
   vs.              Movant(s)

WALTER H. TOMASCH
DBA: THE WALLPAPER BARN
                   Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: September 30, 2019

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (DG)